Iwana Rademaekers, Texas Bar #16452560
Jackson Lewis LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX  75219
(214) 520-2400
rademaei@jacksonlewis.com

Barry Alan Johnsrud, WSBA #21952
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404
johnsrudj@jacksonlewis.com

Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAM HINSON, | )<br>) |
| Plaintiff, | )<br>) Case No.  CV-10-3103-LRS |
| vs. | )<br>) **ORDER FOR DISMISSAL** |
| LOWE'S COMPANIES, INC. LONG TERM DISABILITY PLAN | ) **WITH PREJUDICE**<br>)<br>) |
| Defendant. | )<br>) |

This matter having come before the Court on the parties' Stipulation of Dismissal With Prejudice filed on August 29, 2011, stipulating that this action be dismissed with prejudice with all costs taxed against the party that incurred them, and the Court having considered the Stipulation; it is hereby

Order For Dismissal With Prejudice - 1
Cause No. 2:10CV03103-LRS

**Jackson Lewis LLP**
3811 Turtle Creek Blvd, Suite 500
Dallas, Texas 75219
(214) 520-2400

**ORDERED** that this case is **DIMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a), with all costs taxed against the party that incurred them. The District Court Executive is directed to CLOSE THIS FILE.

Dated this 6th day of September, 2011.

*s/Lonny R. Suko*
_____
**Lonny R. Suko**
**United States District Court Judge**

[PROPOSED] Order For Dismissal With Prejudice - 1
Cause No. 2:10CV03103-LRS

**Jackson Lewis LLP**
3811 Turtle Creek Blvd, Suite 500
Dallas, Texas 75219
(214) 520-2400